ALBERT J. ROY *v.* LEO J. MULCAHY, COMMISSIONER OF
STATE POLICE, ET AL.

The motion by Lionel R. LaBreche et al. for a
review of the action of the Superior Court in New
Haven County denying their motion to intervene as
codefendants is denied.

*John Rose, Jr.,* in support of the motion.

*Stephen I. Traub,* in opposition.

Submitted March 12—decided March 17, 1971

WILLIAM KOELLMER *v.* CHRYSLER MOTORS
CORPORATION ET AL.

The petition by the defendant Norwalk Dodge
Corporation for certification for appeal from the
Appellate Division of the Circuit Court is denied.

*Richard A. Silver,* in support of the petition.

*Melvin J. Silverman,* in opposition.

Submitted March 10—decided March 24, 1971

PASCACK VALLEY BANK AND TRUST COMPANY *v.*
RITAR FORD SALES, INC., ET AL.

The petition by the named defendant for certifica-
tion for appeal from the Appellate Division of the
Circuit Court is denied.

*Sidney Vogel,* in support of the petition.